[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 7, 2007
THOMAS K. KAHN
CLERK

No. 06-13409
Non-Argument Calendar
_____

D.C. Docket No. 04-00094-CV-1-KD-C

CANAL INSURANCE COMPANY,

Plaintiff-Counter
Defendant-Appellant,

versus

UNITED STATES FIRE INSURANCE COMPANY,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,

Defendants-Counter
Claimants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(February 7, 2007)

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Canal Insurance Company challenges on this appeal the district court's resolution of this insurance coverage dispute by the grant of summary judgment.

We have considered the briefs of the parties, and relevant parts of the record. We conclude that summary judgment was properly granted for the reasons stated in the district court's well-reasoned opinion.

AFFIRMED.